**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
APR 08 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>JACOB WAYNE JARVIS(4),<br><br>　　　　　　　　Defendant. | CASE NO. 13CR723-DMS<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

21:846 and 841 (a)(1); 21:853 - Conspiracy to Manufacture and Distribute Marijuana and Criminal

Forfeiture

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/3/2014

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Mitchell D. Dembin
　　　　　　　　　　　　　　　　U.S. Magistrate Judge